**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| RADAKOVITZ, LYN | ) | |
| | ) | CASE NO. 05 B 06453 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:  U.S. BANKRUPTCY COURT
>        219 South Dearborn, Courtroom 682
>        Chicago, Illinois 60604
>
>   on:  **June 28, 2007**
>   at:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $      2,816.65

    b. Disbursements                           $          0.00

    c. Net Cash Available for Distribution    $   2,816.65

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| David P. Leibowitz, Trustee | $ 0.00 | $ 704.16 | $ |
| David P. Leibowitz, Trustee | $ 0.00 | $ | $ 62.40 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $0.00, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of (tardily filed claim) | $ 9,162.23 | $ 2,050.09 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the

>office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **May 31, 2007**  For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 1              Date Rcvd: May 31, 2007
Case: 05-06453                  Form ID: pdf002             Total Served: 13


The following entities were served by first class mail on Jun 02, 2007.
db          +Lyn Radakovitz,    12826 Hill Drive,    Crestwood, IL 60445-3805
aty         +Chad M. Hayward,    343 W. Erie,    First Floor,    Chicago, IL 60610-4035
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
8975908     +Arrow Financial Services,    Acct# 5046620200864999,    21031 Network Place,
              Chicago, IL 60678-0001
8975909     +Capital One,    Acct# 5178-0522-2266-4043,    P.O. Box 6000,    Seattle, WA 98190-0001
8975910     +Capital One,    Acct# 4862-3622-3812-0243,    P.O. Box 6000,    Seattle, WA 98190-0001
8975913     +Edward D. Radakovitz,    Acct# 1147010,    12826 Hill Dr.,    Crestwood, IL 60445-3805
8975914     +Edward D. Radakovitz,    Acct# 1142975,    12826 Hill Dr.,    Crestwood, IL 60445-3805
8975912     +Edward D. Radakovitz,    Acct# 1142508,    12826 Hill Dr.,    Crestwood, IL 60445-3805
8975907     +GMAC,    Acct# 154-1333-32978,    P.O. Box 217060,    Auburn Hills, MI 48321-7060
8975911     +HFC,    Acct# 412216-17-166676-5,    P.O. Box 4153,    Carol Stream, IL 60128-0001
8975915     +Household Credit Services,    Acct# 5480-4300-0142-4115,    P.O. Box 17051,
              Baltimore, MD 21297-1051
10829539     eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2007**                    **Signature:** _Joseph Speetjens_