## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 05-06453 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) | |
| **Case Name:** | RADAKOVITZ, LYN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | | **Account:** | ***-*****36-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7463893 | **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Period Ending:** | 08/21/07 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/05 | {9} | Lynn Radakovitz | partial recovery of non exempt tax refund | 1224-000 | 200.00 | | 200.00 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.06 | | 200.06 |
| 07/01/05 | {9} | Lyn Radakovitz | installment | 1224-000 | 200.00 | | 400.06 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.13 | | 400.19 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.15 | | 400.34 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.16 | | 400.50 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.17 | | 400.67 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.18 | | 400.85 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.20 | | 401.05 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.23 | | 401.28 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.22 | | 401.50 |
| 03/22/06 | {9} | Lyn Radakovitz | for tax refund | 1224-000 | 400.00 | | 801.50 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.30 | | 801.80 |
| 04/06/06 | {9} | Lyn Marie Radakovitz | for tax refund | 1224-000 | 50.00 | | 851.80 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.53 | | 852.33 |
| 05/26/06 | {9} | Lyn Maria Radakovitz | Per settlement | 1224-000 | 1,950.00 | | 2,802.33 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.62 | | 2,802.95 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.84 | | 2,804.79 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.91 | | 2,806.70 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.91 | | 2,808.61 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.78 | | 2,810.39 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.97 | | 2,812.36 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.84 | | 2,814.20 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.78 | | 2,815.98 |
| 01/10/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 0.67 | | 2,816.65 |
| 01/10/07 | | To Account #********3666 | FINAL INTEREST | 9999-000 | | 2,816.65 | 0.00 |

Exhibit B

Subtotals :  $2,816.65   $2,816.65

{} Asset reference(s)

Printed: 08/21/2007 09:59 AM    V.9.55

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-06453 JBS | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | RADAKOVITZ, LYN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****36-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7463893 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/21/07 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 2,816.65 | 2,816.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,816.65 | |
| | | | **Subtotal** | | 2,816.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,816.65** | **$0.00** | |

{} Asset reference(s)                                                                                         Printed: 08/21/2007 09:59 AM     V.9.55

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 05-06453 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | RADAKOVITZ, LYN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****36-66 - Checking Account |
| **Taxpayer ID #:** | 13-7463893 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/21/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/07 | | From Account #********3665 | FINAL INTEREST | 9999-000 | 2,816.65 | | 2,816.65 |
| 07/02/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $704.16, Trustee Compensation;  Reference: | 2100-000 | | 704.16 | 2,112.49 |
| 07/02/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $62.40, Trustee Expenses;  Reference: | 2200-000 | | 62.40 | 2,050.09 |
| 07/02/07 | 103 | eCAST Settlement Corporation assignee of | Dividend paid  22.37% on $9,162.23; Claim# 1; Filed: $9,162.23; Reference: | 7200-000 | | 2,050.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,816.65** | **2,816.65** | **$0.00** |
| | | | Less: Bank Transfers | | 2,816.65 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,816.65** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,816.65** | |

```
Net Receipts :         2,816.65
                     _____
Net Estate :          $2,816.65
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****36-65** | 2,816.65 | 0.00 | 0.00 |
| **Checking # ***-*****36-66** | 0.00 | 2,816.65 | 0.00 |
| | $2,816.65 | $2,816.65 | $0.00 |